UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>L. ABLES, et al.,<br><br>　　　　　　Defendants. | No.  2:23-cv-01342 DJC SCR P<br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds pro se and seeks relief under 42 U.S.C. § 1983. On July 10, 2023, defendants removed the action to this court. The court determined the complaint states potentially cognizable excessive force and negligence claims against defendant Ables, and plaintiff elected to proceed against defendant Ables and voluntarily dismiss other claims and defendants. (See ECF No. 10, 11.)

On September 9, 2024, the court ordered plaintiff to clarify his filings and indicate whether he sought to voluntarily dismiss this case. (ECF No. 17.) Plaintiff has clarified he does not seek to voluntarily dismiss this case. (ECF No. 19.) In his response to the court order, plaintiff "request[s] leave to… amend his complaint…." (Id. at 2.) Plaintiff must obtain defendant's written consent or the court's leave to amend the complaint. See Fed. R. Civ. P. 15(a)(1). Plaintiff did not, however, submit a proposed amended complaint with the request to amend, which prevents both defendant and the court from evaluating the request. If plaintiff seeks the court's

1

1  leave to amend the complaint, then plaintiff must file a motion to amend the complaint along with
2  a proposed amended complaint.
3       In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request to
4  amend the complaint (ECF No. 19) is denied without prejudice.
5  DATED: October 15, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE