UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HAMILTON,

           Plaintiff,

    v.

L. ABLES, et al.,

           Defendants.

No.  2:23-cv-01342 DJC SCR P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 24.  Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 24) are adopted in full;

1        2.  Defendant's motion to dismiss (ECF No. 18) is DENIED; and

2        3.  This matter is referred back to the assigned Magistrate Judge for all further

3    pretrial proceedings.

4

5        IT IS SO ORDERED.

6    Dated:   **August 15, 2025**

7                               Hon. Daniel J. Calabretta
                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14    Hami1342.801

15

16

17

18

19

20

21

22

23

24

25

26

27

28